Citation Nr: 1829585 
Decision Date: 06/19/18 Archive Date: 07/02/18

DOCKET NO. 09-33 140 ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs Regional Office in St. Petersburg, Florida


THE ISSUE

Entitlement to a total disability rating based on individual unemployability due to service-connected disability (TDIU) for the period prior to August 5, 2010.


REPRESENTATION

Appellant represented by: Adam Neidenberg, Attorney


WITNESSES AT HEARING ON APPEAL

The Veteran and his wife


ATTORNEY FOR THE BOARD

Matthew Schlickenmaier, Counsel


INTRODUCTION

The Veteran served on active duty from January 2000 to January 2004.

This case comes before the Board of Veterans' Appeals (Board) on appeal of rating decisions of the Department of Veterans Affairs (VA) Regional Office (RO) in St. Petersburg, Florida.

The case was remanded by the Board in October 2013 for a personal hearing and the Veteran and his wife testified at a video conference hearing before the undersigned Veterans Law Judge (VLJ) in January 2015, and a transcript of the hearing is of record.

The appeal was additionally remanded by the Board in April 2015, October 2016 and November 2017.


FINDING OF FACT

In May 2018, prior to the promulgation of a decision in the appeal, the Board received notification from the appellant that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the appellant have been met. 38 U.S.C. § 7105(b)(2), (d)(5); 38 C.F.R. § 20.204 (2017).


REASONS AND BASES FOR FINDING AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105. An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204 (2017). Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the appellant has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal is dismissed.



 
ROBERT C. SCHARNBERGER
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs